**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| STUART MASSIE,<br><br>      Plaintiff,<br><br>vs.<br><br>BLIZZARD ENTERTAINMENT, INC.,<br><br>      Defendant. | Case No. SACV12-1128 JST (MLGx)<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to the Honorable Josephine Staton Tucker, Courtroom 10A<br><br>Complaint Filed: July 11, 2012 |
|---|---|

Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 06, 2013

_____
Hon. Josephine Staton Tucker
United States District Judge

ORDER OF DISMISSAL